UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC.,**<br>725 Fifth Avenue<br>New York, NY 10022,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**WP COMPANY LLC**<br>d/b/a *The Washington Post*,<br>1301 K Street N.W.<br>Washington, D.C. 20071,<br><br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No.:**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF CHARLES J. HARDER
### IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Charles J. Harder, hereby declare:

1. My full name is Charles John Harder.

2. My current office address and telephone number are as follows:

   HARDER LLP
   132. South Rodeo Drive, Fourth Floor
   Beverly Hills, California 90212
   Telephone: (424) 203-1600

3. I am admitted to the State of California Bar (admitted December 2, 1996) (CA Bar No. 184593); District of Columbia Bar (admitted January 10, 2014) (DC Bar No. 1017933); State of New York Bar (admitted September 17, 2014) (NY Bar No. 5282371); United States District Court for the Central District of California (admitted December 1996); United States Court of Appeals for the Ninth Circuit (admitted August 22, 1997); United States District Court for the Central District of Illinois (admitted December 3, 2003); United States District Court for the Southern District of California (admitted July 22, 2004); United States District Court for the Eastern District of California (admitted

October 23, 2009); United States District Court for the Northern District of California (admitted January 10, 2017); United States District Court for the Southern District of New York (admitted September 17, 2014); United States Court of Appeals for the First Circuit (admitted November 22, 2017); United States Supreme Court (admitted December 10, 2018).

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 28, 2020

Respectfully submitted,

By: /s/ Charles J. Harder
Charles J. Harder, Esq.
HARDER LLP
132 South Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Telephone: (424) 203-1600
CHarder@HarderLLP.com