UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC.**, 725 Fifth Avenue, New York, NY 10022<br><br>Plaintiff,<br><br>v.<br><br>**WP COMPANY LLC** d/b/a *The Washington Post*, 1301 K Street NW, Washington, D.C. 20071<br><br>Defendant. | Civil Action No.: 1:20-cv-00626<br><br>**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS** |

I, the undersigned, counsel of record for Plaintiff, Donald J. Trump for President, Inc., certify that to the best of my knowledge and belief, the following are parent companies subsidiaries, affiliates, or companies which own at least 10% of the stock of Donald J. Trump for President, Inc. which have any outstanding securities in the hands of the public.

None

These representations are made in order that judges of this Court may determine the need to recusal.

Dated: March 3, 2020 	Respectfully submitted,

TOBIN O'CONNOR & EWING

By: /s/ David C. Tobin
David C. Tobin, Esq. D.C. Bar #395959
TOBIN O'CONNOR & EWING
5335 Wisconsin Avenue NW, Suite 700
Washington, D.C. 20015
Telephone: (202) 362-5900
DCTobin@TobinOConnor.com

Charles J. Harder, Esq.
*Pro Hac Vice Application forthcoming*
HARDER LLP
132 South Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Telephone: (424) 203-1600
CHarder@HarderLLP.com