UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> WP COMPANY LLC, d/b/a THE WASHINGTON POST, <br><br> Defendant. | No. 1:20-cv-00626-KBJ |

## **PROPOSED ORDER**

Upon consideration of Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted, its supporting memorandum of points and authorities, and the entire record herein, it is hereby

**ORDERED** that the Defendant's motion to dismiss is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**.


DATE: _____          _____
                                     HON. KETANJI BROWN JACKSON
                                     United States District Judge

Copies to:

David C. Tobin, Esq. (D.C. Bar No. 395959)
TOBIN, O'CONNOR & EWING
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C.  20015
Telephone: (202) 362-5900
dctobin@tobinoconnor.com

Charles J. Harder, Esq. (*pro hac vice* motion pending)
HARDER LLP
260 Madison Avenue, Sixteenth Floor
New York, New York 10016
Telephone: (212) 799-1400
charder@harderllp.com

Kevin Baine, Esq. (D.C. Bar No. 128600)
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington D.C. 20005
Telephone (202) 434-5000
kbaine@wc.com

Thomas G. Hentoff, Esq. (D.C. Bar No. 438394)
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington D.C. 20005
Telephone (202) 434-5000
thentoff@wc.com

Nicholas G. Gamse, Esq. (D.C. Bar No. 1018297)
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington D.C. 20005
Telephone (202) 434-5000
ngamse@wc.com

Anna Johns Hrom* (D.D.C. Bar No. D00558)
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington D.C. 20005
Telephone (202) 434-5000
ahrom@wc.com

* Admitted only in North Carolina (N.C. Bar No. 50280).  Practice supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).