UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> WP COMPANY LLC, d/b/a THE WASHINGTON POST, <br><br> Defendant. | No. 1:20-cv-00626-KBJ |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant WP Company LLC, d/b/a The Washington Post, respectfully submits this Notice of Supplemental Authority to inform the Court of the decision of the Supreme Court of the State of New York, New York County in *Donald J. Trump for President, Inc. v. The New York Times Company*, No. 152099/2020 (March 9, 2021), attached hereto. There, the Supreme Court dismissed with prejudice a defamation claim brought by Donald J. Trump for President, Inc., against the Times, arising out of an op-ed entitled "The Real Trump-Russia Quid Pro Quo." The court held that the statements at issue were nonactionable for three distinct and independent reasons under New York law: the statements were opinion, they were not "of and concerning" the plaintiff, and the plaintiff failed to allege facts sufficient to support a finding of actual malice.

Date: March 10, 2021

Respectfully submitted,

/s/ Kevin T. Baine

Kevin T. Baine (D.C. No. 128600)
Thomas G. Hentoff (D.C. No. 438394)
Nicholas G. Gamse (D.C. No. 1018297)
Anna Johns Hrom (D.C. No. 1657785)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 434-5000
kbaine@wc.com

*Counsel for The Washington Post*

**CERTIFICATE OF SERVICE**

 I hereby certify that on March 10, 2021, I electronically filed the foregoing Notice of Supplemental Authority with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

/s/ Kevin T. Baine
*Counsel for The Washington Post*
