AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

for the _____ District of _____ Columbia _____

Donald J. Trump for President, Inc.

Plaintiff (s),

V.

WP COMPANY LLC, d/b/a THE Washington Post

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:20-cv-00626-KBJ

Notice is hereby given that, subject to approval by the court, Donald J. Trump for President, Inc. substitutes
(Party (s) Name)

Harmeet K. Dhillon , State Bar No. 207873 as counsel of record in
(Name of New Attorney)

place of Charles J. Harder, D.C. Bar No. 1017933 .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Dhillon Law Group Inc.

Address: 177 Post Street, Suite 700, San Francisco, CA 94108

Telephone: (415) 433-1700   Facsimile (415) 520-6593

E-Mail (Optional): harmeet@dhillonlaw.com

I consent to the above substitution.
Date: July 22, 2021 | 10:27 AM EDT

(Signature of Party (s))

I consent to being substituted.
Date: 7/2/2021

Charles J. Harder
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: July 22, 2021

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]