IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> WP COMPANY LLC, d/b/a THE WASHINGTON POST <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:20-cv-000626 |

**DEFENDANT'S NOTICE OF CHANGE OF ADDRESS**
**FOR COUNSEL WILLIAMS & CONNOLLY LLP**

Local Civil Rule 5.1(c)(1) provides, in relevant part: "Notice of a change in address ... of an attorney ... must be filed within 14 days of the change." As of May 1, 2022, Williams & Connolly LLP, counsel for Defendant WP Company LLC d/b/a The Washington Post, will be located at: 680 Maine Avenue, S.W., Washington, D.C. 20024.

DATED: May 2, 2022                    Respectfully submitted,

/s/ Anna Johns Hrom
Kevin T. Baine (D.C. No. 128600)
Thomas G. Hentoff (D.C. No. 438394)
Nicholas G. Gamse (D.C. No. 1018297)
Anna Johns Hrom (D.C. No. 1657785)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC  20024
(202) 434-5000
kbaine@wc.com
thentoff@wc.com
ngamse@wc.com
ahrom@wc.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I electronically filed the foregoing Notice of Change of Address with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

/s/ Anna Johns Hrom
*Counsel for The Washington Post*
