AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Donald J. Trump for President, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-00626-FYP |
| WP Company LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 05/02/2022

/s/ David A. Warrington
*Attorney's signature*

David A. Warrington 1616846
*Printed name and bar number*
Dhillon Law Group Inc.
2121 Eisenhower Avenue, Suite 402
Alexandria, Virginia 22314

*Address*

dwarrington@dhillonlaw.com
*E-mail address*

(703) 574-1206
*Telephone number*

(415) 520-6593
*FAX number*