AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Donald J. Trump for President, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-00626-FYP |
| WP Company LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 05/02/2022

/s/ Gary Lawkowski
*Attorney's signature*

Gary Lawkowski VA125
*Printed name and bar number*
Dhillon Law Group Inc.
2121 Eisenhower Avenue, Suite 402
Alexandria, Virginia 22314

*Address*

glawkowski@dhillonlaw.com
*E-mail address*

(703) 965-0330
*Telephone number*

(415) 520-6593
*FAX number*