# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., | : <br> : <br> : |
| Plaintiff, | :     Civil Action No.:    20-626 (RC) <br> : |
| v. | :     Re Document No.:    12 <br> : |
| WP COMPANY LLC, d/b/a THE WASHINGTON POST, | : <br> : <br> : |
| Defendant. | : |

## ORDER

### GRANTING DEFENDANT'S MOTION TO DISMISS

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendant's Motion to Dismiss (ECF No. 12) is **GRANTED**. It is hereby:

**ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE**; and it is

**FURTHER ORDERED** that Plaintiff shall have 30 days from the date of this Order to file a motion seeking leave to amend that attaches a proposed amended complaint. If no proposed amended complaint is received within that 30 day period, the dismissal will convert to with prejudice.

**SO ORDERED.**

Dated: February 3, 2023                                                    RUDOLPH CONTRERAS <br>
                                                                                                          United States District Judge